# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELSIE METCALFE,<br>on behalf of Plaintiff and all others<br>similarly situated, | )<br>)<br>) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00378-JJM-LDA |
| | ) | |
| HYUNDAI CAPITAL AMERICA,<br>d/b/a Hyundai Capital America, Inc.,<br>Kia Finance America, Genesis Finance,<br>Hyundai Motor Finance, Kia Motors<br>Finance and Hyundai Finance;<br>HYUNDAI LEASE TITLING TRUST;<br>GRIECO HYUNDAI LLC;<br>and JOHN DOES 1-10, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF DISMISSAL</u>

Plaintiff Elsie Metcalfe ("Plaintiff") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies this Court of the dismissal of Plaintiff's individual claims against Defendants Hyundai Capital America and Hyundai Lease Titling Trust (collectively, the "Hyundai Defendants") with prejudice and without costs. Plaintiff voluntarily dismisses her putative class claims against the Hyundai Defendants without prejudice and without costs. This notice of dismissal disposes of Plaintiff's claims against Defendants Hyundai Capital America and Hyundai Lease Titling Trust only. Plaintiff's individual and putative class claims against Defendant Grieco Hyundai LLC remain pending.

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman

1

Daniel A. Edelman (pro hac vice)
Heather Kolbus (pro hac vice)
Julia Ozello (pro hac vice)
Edelman, Combs, Latturner
      & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

Christopher M. Lefebvre, Esq. (#4019)
Consumer & Family Law Center of Christopher M. Lefebvre, PC
Two Dexter Street, P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060

<b><u>CERTIFICATE OF SERVICE</u></b>

      I, Daniel A. Edelman, hereby certify that on Friday, July 21, 2023, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

<i>/s/ Daniel A. Edelman</i>
Daniel A. Edelman