**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELSIE METCALFE, on behalf of Plaintiff and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:22-cv-00378-JJM-LDA |
| GRIECO HYUNDAI LLC; and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Elsie Metcalfe ("Plaintiff") and Defendant Grieco Hyundai LLC ("Grieco") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Grieco with prejudice and without costs. Plaintiff dismisses her putative class claims against Grieco without prejudice and without costs. Plaintiff dismisses her claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Heather Kolbus* | *s/ Vincent A. Indeglia (w/ consent)* |
| Daniel A. Edelman | Vincent A. Indeglia, Esq. |
| Heather Kolbus | Jonathan J. Lucido, Esq. |
| EDELMAN, COMBS, LATTURNER | INDEGLIA & ASSOCIATES |
| & GOODWIN, LLC | 931 Jefferson Blvd. |
| 20 S. Clark Street, Suite 1800 | Unit 1006 |
| Chicago, IL  60603 | Warwick, RI  02886 |
| (312) 739-4200 | (401) 886-9240 |

Christopher M. Lefebvre
CONSUMER & FAMILY LAW CENTER
OF CHRISTOPHER M. LEFEBVRE, PC
Two Dexter Street
PO Box 479
Pawtucket, RI 02862
(401) 728-6060

1

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on December 20, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to all counsel of record.

Respectfully submitted,

*/s/ Heather Kolbus*
Heather Kolbus